IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GODFATHER'S PIZZA, INC.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MAHENDRABHAI P. PATEL<br><br>　　　　　　Defendant. | **8:22CV189**<br><br>**ORDER** |

This matter is before the Court on its own motion.  At the hearing held February 15, 2023, the Court asked Plaintiff to file an affidavit from Richard Hay in support of the motion for default judgment.  The plaintiff shall file the referenced affidavit by March 15, 2023.

　　IT IS SO ORDERED.

　　Dated this 8th day of March, 2023.

　　　　　　　　　　　　　　　　　　　BY THE COURT,

　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge

1